# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **KIMBERLY HUDSON-BRYANT** <br> *Plaintiff* <br> v. <br> **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** <br> *Defendant* | Civil Action No. 4:25-cv-01245 |

## AFFIDAVIT OF SERVICE

I, Leodegreat Orji, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 20, 2025, at 10:51 am. I delivered these documents to Schneider Wallace Cottrell Konecky LLP in Harris County, TX on March 26, 2025 at 4:09 pm at 3700 Buffalo Speedway, Suite 960, Houston, TX 77046 by leaving the following documents with Elizabeth harris who as Paralegal is authorized by appointment or by law to receive service of process for Schneider Wallace Cottrell Konecky LLP.

Summons and PLAINTIFF'S CLASS ACTION COMPLAINT

White Female, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=29.7324909,-95.4292374

Total Cost: $95.00

My name is Leodegreat Orji, I am 18 years of age or older, and my address is 5331 Beverly Hill St, Houston, TX 77056, 2712, Houston, TX 77056, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Harris County                     ,

    TX     on    3/28/2025          .

/s/ *Leodegreat Orji*

Leodegreat Orji
+1 (281) 889-9010
Certification Number: PSC-23177
Expiration Date: 9/30/2025