IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kimberly Hudson-Bryant, on behalf of herself and others similarly situated,** | No. 4:25-cv-01245 |
| Plaintiff, | |
| v. | Electronically Filed |
| **Schneider Wallace Cottrell Konecky Wotkyns LLP,** | |
| Defendant. | |

## STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

WHEREAS, Plaintiff initiated this action by Complaint filed on March 16, 2025 (ECF No. 1) which was served upon Defendant on March 26, 2025 (ECF No. 7),

AND WHEREAS the deadline for Defendant to file a timely response to the Complaint is April 16, 2025,

IT IS HEREBY STIPULATED, that Defendants shall have an extension of time until May 5, 2025 to file and serve a responsive pleading or otherwise respond to the Complaint.

**AGREED TO, BY AND BETWEEN:**

By: _/s/ Anthony Paronich, Esq._    By: _/s/ Larry Bowman, Esq._
   Andrew Roman Perrong, Esquire    Larry Bowman, Esquire
   Perrong Law LLC    Grotefeld Hoffmann LLP
   2657 Mount Carmel Avenue    1717 Main Street, Suite 3650
   Glenside, PA 19038    Dallas, TX 75201
   a@perronglaw.com    LBowman@ghlaw-llp
   Tel: (215) 225-5529    Tel: (412) 281-7272

   Anthony Paronich, Esquire    *Attorney for Defendants*
   Paronich Law, P.C.
   350 Lincoln St., Suite 2400
   Hingham, MA 02043
   anthony@paronichlaw.com
   Tel: (617) 485-0018

   *Attorneys for Plaintiff*


**APPROVED, AND SO ORDERED.**

                                                    BY THE COURT:

                                                    _____
                                                    Lee H. Rosenthal, U.S.D.J.

**CERTIFICATE OF SERVICE**

I, Larry Bowman, Esquire, hereby certify that true and correct copies of the foregoing Stipulation to Extend Time to File a Response to Plaintiff's Complaint have been served this 15th day of April, 2025, via the Court's CM/ECF system on counsel of record listed below:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
Tel: (215) 225-5529

Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: (617) 485-0018

*Attorneys for Plaintiff*

Grotefeld Hoffmann LLP

By /s/ Larry Bowman, Esq.
Larry Bowman, Esquire

Attorneys for Defendant