**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br><br>                Defendant. | Case No.<br>**4:25-CV-1245**<br><br>**JURY TRIAL DEMANDED** |

## **DISCLOSURE OF INTERESTED PERSONS**

Plaintiff Kimberly Hudson-Bryant ("Ms. Hudson-Bryant"), by her undersigned counsel, pursuant to this Court's order of March 18, 2025 (ECF No. 5), hereby files a "certificate listing all persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, including any unincorporated entities such as LLCs or LLPs, that are financially interested in the outcome of this litigation:"

- Plaintiff Kimberly Hudson-Bryant
- As-yet unidentified class members
- Defendant Schneider Wallace Cottrell Konecky Wotkyns LLP
- Plaintiff's Counsel, Andrew Roman Perrong, Perrong Law LLC
- Plaintiff's Counsel, Anthony Paronich, Paronich Law PC
- Defendant's Counsel, Larry Bowman, Grotefeld Hoffmann LLP
- Defendant's Counsel, Paul Roman, Duckie McCamey & Chilcote, PC

RESPECTFULLY SUBMITTED AND DATED this April 27, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
S.D. Tex. #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com


/s/Anthony Paronich
Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com


*Attorney for Plaintiff and the Proposed Class*