United States District Court
Southern District of Texas

**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-01245 |
|---|---|---|---|

Kimberly Hudson-Bryant, on behalf of herself and others similarly situated,

*versus*

Schneider Wallace Cottrell Konecky Wotkyns LLP,

| Lawyer's Name | Paul A. Roman, Jr., Esquire |
|---|---|
| Firm | Dickie, McCamey & Chilcote, P.C. |
| Street | Four Gateway Center |
| City & Zip Code | 444 Liberty Avenue, Suite 1000 |
| Telephone & Email | Pittsburgh, PA  15222 |
| Licensed: State & Number | PA-318855-10/22/14 |
| Federal Bar & Number | PA-318855 |

| Name of party applicant seeks to appear for: | Schneider Wallace Cottrell Konecky Wotkyns LLP |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___     ___   No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 4/25/2025    Signed: *Lawrence T Bowman*

The state bar reports that the applicant's status is:   active.

Dated: 4/28/2025    Clerk's signature *Glenda Hassan*

## Order

This lawyer is admitted *pro hac vice*.

*Lee H. Rosenthal*

Dated: 4/28/2025

United States District Judge