IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kimberly Hudson-Bryant, individually | § | |
| And on behalf of all others similarly situated | § | |
| | § | |
| vs | § | CIVIL ACTION NO. 4:24-cv-1245 |
| | § | |
| Schneider Wallace Cottrell Konecky | § | |
| Wotkyns LLP | | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Defendant Scheider Wallace Cottrell Konecky LLP, incorrectly identified as Schneider Wallace Cottrell Konecky Wotkyns LLP, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Scheider Wallace Cottrell Konecky LLP

2. Individual attorney Partners of Scheider Wallace Cottrell Konecky LLP

3. Plaintiff Kimberly Hudson-Bryant

4. Plaintiff's Counsel:
    a. Andrew Roman Perrong, Perrong Law LLC
    b. Anthony Paronich, Paronich Law

5. Unidentified class members.

Respectfully submitted,

By: ___/s/ Larry Bowman, Esq._____
    Larry Bowman, Esquire
    Grotefeld Hoffmann LLP
    1717 Main Street, Suite 3650
    Dallas, TX 75201
    LBowman@ghlaw-llp
    Tel: (214) 507-4581

## CERTIFICATE OF SERVICE

I, Larry Bowman, Esquire, hereby certify that true and correct copies of the foregoing Disclosure of Interested Parties has been served this 30th day of April, 2025, via the Court's CM/ECF system to counsel of record listed below:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Ste 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Grotefeld Hoffmann LLP

By */s/ Larry Bowman, Esq.*
    Larry Bowman, Esquire

Attorneys for Defendant,
Schneider Wallace Cottrell Konecky LLP