United States District Court
Southern District of Texas

**ENTERED**
May 02, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-01245 |
|---|---|---|---|
| Kimberly Hudson-Bryant, on behalf of herself and others similarly situated, | | | |
| *versus* | | | |
| Schneider Wallace Cottrell Konecky Wotkyns LLP | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Steven W. Zoffer, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Four Gateway Center<br>444 Liberty Avenue, Suite 1000<br>Pittsburgh, PA  15222<br>PA-62497 (11/25/1991)<br>PA-62497 |
|---|---|

| Name of party applicant seeks to appear for: | Schneider Wallace Cottrell Konecky Wotkyns LLP |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes __    __  No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  5/1/2025 | Signed:  *Lawrence T Bowman* |
|---|---|

| The state bar reports that the applicant's status is:  active. |
|---|
| Dated:  5/02/2025 | Clerk's signature  *Glenda Hassan* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

*Lee H. Rosenthal*

Dated:  5/02/2025

United States District Judge