IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br><br>      Defendant. | Case No.<br>**4:25-CV-1245** |

## STIPULATION FOR ORDER AMENDING CAPTION

The parties, by and through their counsel, hereby agree and stipulate and respectfully request that this Court enter the attached proposed Order to amend the caption to reflect the proper name of the Defendant, "Schneider Wallace Cottrell Konecky, LLP."

Respectfully Submitted,

_/s/Andrew Roman Perrong, Esq.__
Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

_/s/ Anthony Paronich, Esq._____
Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Ste 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Kimberley Hudson-Bryant*

_/s/ Paul A. Roman, Jr., Esq. _____
Larry Bowman, Esquire
Grotefeld Hoffmann LLP
1717 Main Street, Suite 3650
Dallas, TX 75201
LBowman@ghlaw-llp
Tel: (214) 507-4581

Steven W. Zoffer, Esquire (*pro hac vice*)
Paul A. Roman, Jr., Esquire (*pro hac vice)*
Dickie McCamey & Chilcote, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
szoffer@dmclaw.com
proman@dmclaw.com
Tel: (412) 281-7272

*Attorneys for Defendant,*
*Schneider Wallace Cottrell Konecky LLP*

**CERTIFICATE OF SERVICE**

I, Paul A. Roman, Jr., Esquire, hereby certify that true and correct copies of the foregoing **STIPULATION FOR ORDER AMENDING CAPTION** have been served this 9th day of May, 2025, via the Court's CM/ECF system on all counsel of record listed below:

>Andrew Roman Perrong, Esquire
>Perrong Law LLC
>2657 Mount Carmel Ave.
>Glenside, PA 19038
>a@perronglaw.com
>
>Anthony Paronich, Esquire
>Paronich Law, P.C.
>350 Lincoln St., Ste 2400
>Hingham, MA 02043
>anthony@paronichlaw.com
>
>*Attorneys for Plaintiff*
>*Kimberley Hudson-Bryant*

By  /s/ Paul A. Roman, Jr..
    Paul A. Roman, Jr., Esquire

*Attorney for Defendant, Schneider Wallace Cottrell Konecky, LLP, incorrectly identified as Schneider Wallace Cottrell Konecky Watkyns LLP*