**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br><br>Defendant. | Case No.<br>**4:25-CV-1245** |

# ORDER AMENDING CAPTION

This matter coming before this Court upon the Stipulation of the parties, **IT IS HEREBY ORDERED** that the caption of this case be amended to reflect the proper name of the Defendant is "Schneider Wallace Cottrell Konecky, LLP."

_____
Judge Lee H. Rosenthal
United States District Court Judge

Dated: _____