United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br><br>Defendant. | Case No.<br>**4:25-CV-1245** |

## ORDER AMENDING CAPTION

This matter coming before this Court upon the Stipulation of the parties, **it is ORDERED** that the caption of this case be amended to reflect the proper name of the Defendant is "Schneider Wallace Cottrell Konecky, LLP."

Dated: May 12, 2029

_____
Judge Lee H. Rosenthal
Senior United States District Court Judge