IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kimberly Hudson-Bryant, on behalf of herself and others similarly situated,** | No. 4:25-cv-01245 |
| **Plaintiff,** | |
| v. | Electronically Filed |
| **Schneider Wallace Cottrell Konecky LLP,** | |
| **Defendant.** | |

### MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, having provided written notice to Defendant Schneider Wallace Cottrell Konecky, LLP, and providing notice to all other parties with this filing, Paul A. Roman, Jr. hereby moves the Court for leave to withdraw as counsel for Defendant Schneider Wallace Cottrell Konecky, LLP in the above-captioned action. The Defendant shall continue to be represented by Steven Zoffer of Dickie McCamey & Chilcote and Larry Bowman of Grotefeld Hoffmann LLP, who have appeared in this matter and this withdrawal will not delay this action.

Respectfully submitted,

 /s/ Paul A. Roman, Jr.
Paul A. Roman, Jr., Esquire (*pro hac vice*)
Dickie McCamey & Chilcote, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
szoffer@dmclaw.com
proman@dmclaw.com
Tel: (412) 281-7272

*Attorney for Defendant, Schneider Wallace Cottrell Konecky, LLP*

**CERTIFICATE OF SERVICE**

I, Paul A. Roman, Jr., Esquire, hereby certify that true and correct copies of the foregoing Motion for Leave of Court to Withdraw as Counsel have been served this 28th day of August, 2025, via the Court's CM/ECF system on counsel of record listed below:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St., Ste 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Kimberley Hudson-Bryant*

By  */s/ Paul A. Roman, Jr., Esq.*
Paul A. Roman, Jr., Esquire

*Attorney for Defendant, Schneider Wallace Cottrell Konecky, LLP*