IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kimberly Hudson-Bryant, on behalf of herself and others similarly situated,** | No. 4:25-cv-01245 |
| **Plaintiff,** | |
| v. | Electronically Filed |
| **Schneider Wallace Cottrell Konecky LLP,** | |
| **Defendant.** | |

### ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion to Withdraw as Counsel filed by Paul A. Roman, Jr. Esq. pursuant to Local Rule 83.2, it is hereby ORDERED that said Motion is GRANTED. The appearance of Paul A. Roman, Jr., Esq. on behalf of Defendant Schneider Wallace Cottrell Konecky, LLP in the above-captioned action is withdrawn. The Defendant shall continue to be represented by Steven Zoffer of Dickie McCamey & Chilcote and Larry Bowman of Grotefeld Hoffmann LLP, who have appeared in this matter.

BY THE COURT:

_____
Lee H. Rosenthal
United States District Judge