United States District Court
Southern District of Texas
**ENTERED**
September 09, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **Kimberly Hudson-Bryant, on behalf of herself and others similarly situated,** | No. 4:25-cv-01245 |
| **Plaintiff,** | |
| v. | **Electronically Filed** |
| **Schneider Wallace Cottrell Konecky LLP,** | |
| **Defendant.** | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by Paul A. Roman, Jr., it is ORDERED that the motion is GRANTED. The appearance of Paul A. Roman, Jr., on behalf of Defendant Schneider Wallace Cottrell Konecky, LLP, in the above-captioned action is withdrawn. The Defendant will continue to be represented by Steven Zoffer of Dickie McCamey & Chilcote and Larry Bowman of Grotefeld Hoffmann LLP.

Signed on Sept. 4, 2025.

Lee H. Rosenthal
Senior United States District Judge