# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. 25-cv-1245 |
| Plaintiff, | |
| v. | |
| SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: December 10, 2025        PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

DEFENDANT,

*/s/ Steven W. Zoffer*
Steven W. Zoffer, Esq.
Email:  szoffer@dmclaw.com
DICKIE McCAMEY & CHILCOTE, PC
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
Telephone: (412) 281-7272
Facsimile:  (888) 811-7144